1114

[No. 36383-2-I. Division One. July 28, 1997.]

HOBART MACHINED PRODUCTS, INC., *Appellant*, v.
SAEILO MACHINERY WASHINGTON, INC., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-25983-6, Michael J. Fox, J., entered
March 22, 1995. *Affirmed in part* and *reversed in part* by
unpublished opinion per Webster, J., concurred in by
Baker, C.J., and Cox, J.

[No. 37259-9-I. Division One. July 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
MURRAY COOKE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00811-5, Michael Hayden, J., entered
August 21, 1995. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 37341-2-I. Division One. July 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS
VANDERBY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-00392-8, Joseph A. Thibodeau, J.,
entered September 13, 1995. *Affirmed* by unpublished per
curiam opinion. ·

[No. 37560-1-I. Division One. July 28, 1997.]

TERESA FELICIANO, *Respondent*, v. GARY L. DOCKERY,
D.P.M., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-20216-4, George A. Finkle, J., entered
October 9, 1995. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Kennedy, A.C.J., and Becker, J.